**KENNETH ROSELLINI (6047)**
**ATTORNEY AT LAW**
636A Van Houten Avenue
Clifton, New Jersey 07013
(973) 998-8375  Fax (973) 998-8376
*Attorney for Plaintiff, Victor Mondelli*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| VICTOR MONDELLI,<br><br>    Plaintiff,<br><br>        v.<br><br>BERKELEY HEIGHTS NURSING & REHABILITATION CENTER, MARINA FERRER, MARY CHMURA, LEANNE FIET, VIRGINIA DOE, PAMELA MCCARTHY, AND JOHN/JANE DOES 1 through 5,<br><br>    Defendants. | CIVIL ACTION<br><br>Case No. : 2:15-cv-05784-CCC-JBC<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(i)** |

To: The clerk of court:

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, Victor Mondelli and his counsel, hereby give notice that the above-captioned action is voluntarily dismissed in its entirety, without prejudice against all the Defendants.

Date: December 24, 2015

*[signature]*
KENNETH ROSELLINI (6047)
636A Van Houten Avenue
Clifton, New Jersey 07013
(973) 998-8375  Fax (973) 998-8376

SO ORDERED

*s/Claire C. Cecchi*
Claire C. Cecchi, U.S.D.J.

Date: 12/28/15